*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Calvin AVANT, Appellant**

v.

**LOS ANGELES CENTRAL COMMUNITY POLICE STATION, et al., Appellees.**

**No. 09–7091.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 5, 2009.

Rehearing En Banc Denied March 24, 2010.

Calvin Avant, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 29, 2009 be affirmed. The district court did not abuse its discretion in dismissing appellant's fanciful "cover up" and "conspir[a]cy" claims as frivolous, *see Denton v. Hernandez,* 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d

340 (1992); *Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989), and personal jurisdiction and venue are lacking with respect to any non-fanciful allegations.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.